[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-11252

Non-Argument Calendar

_____

LENA MARIE LINDBERG,

Plaintiff-Appellant,

*versus*

MICHAEL UTSLER,
Brevard County Sheriff,
MICHAEL BERNARD,
Brevard County Sheriff,
SHERIFF OF BREVARD COUNTY,
KEVINROBERTS,
Sargent, Brevard County Sheriff,
UNKNOWN #1,
Brevard County Sheriff, et al.,

2                    Opinion of the Court                    23-11252

Defendants-Appellees.

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:21-cv-01544-RBD-DCI

————————————

Before JORDAN, ROSENBAUM, and NEWSOM, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The statutory time limit required Lena Lindberg to file a notice of appeal on or before May 18, 2022, which was 30 days following the date judgment was deemed entered on the district court's November 18, 2021 dismissal order. 28 U.S.C. § 2107(a); Fed. R. Civ. P. 58(a); Fed. R. App. P. 4(a)(1)(A), (7)(A), 26(a)(1)(C). However, Lindberg did not file a notice of appeal until April 14, 2023.

Additionally, there is no basis in the record for relief under Federal Rules of Appellate Procedure 4(a)(5) or 4(a)(6). Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010) (noting that the timely filing of a notice of appeal in a civil case is a jurisdictional requirement, and we cannot entertain an appeal that is out of time).

23-11252                Opinion of the Court                3

All pending motions are denied as moot.  No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.